FILED 15 DEC '21 16:16 USDC-ORP

**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00478-SI |
| v. | INDICTMENT |
| DALTON GENE HALL, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

COUNT 1
(Felon in Possession of Firearm)
(18 U.S.C. § 922(g)(1))

On or about August 3, 2021, in the District of Oregon, the defendant, **DALTON GENE HALL**, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Assault on a Public Safety Officer, on or about March 4, 2015, in Marion County, Oregon Circuit Court, case number 15CR03781;

(2) Felon in Possession of a Firearm, on or about November 28, 2016, in Union County, Oregon Circuit Court, case number 16CR72887;

///

///

Indictment                                                                                                                                   Page 1

did knowingly and unlawfully possess the following firearm:

(1) An Armscorp Rock Island Armory .45 caliber model 1911, serial number RIA2268908; which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of Count 1, the defendant, **DALTON GENE HALL**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) An Armscorp Rock Island Armory .45 caliber model 1911, serial number RIA2268908.

Dated: December 14, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

ERIKS R. BERZINS, OSB # 133034
Special Assistant United States Attorney